# IGBOKWE, PLLC

28 LIBERTY STREET, 6TH FLOOR
NEW YORK, NEW YORK 10005
PHONE (347) 467 - 4674
FACSIMILE (347) 467 - 6367

February 18, 2022

Elisheva L. Rosen, Esq.
Assistant Corporation Counsel | New York City Law Department
Labor and Employment Law Division
100 Church Street, Rm 2-316
New York, New York 10007
erosen@law.nyc.gov
**VIA ECF and EMAIL**

    Re: Ogleton et al. v. The City of New York et al., 21-cv-6889

Dear Elisheva:

    Please find enclosed Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

    Very sincerely yours,

    ___/s/ O. Williams Igbokwe___

OWI:ns    O. Williams Igbokwe, Esq.
    *Attorney for Plaintiffs*

Cc:    All parties via ECF