

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Elisheva L. Rosen**
*Assistant Corporation Counsel*
Phone: (212) 356-3522
Fax: (212) 356-2349
Email: erosen@law.nyc.gov

**BY ECF**

December 27, 2024

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

        Re:    Calwayne Ogleton v. The City of New York[1]
                No. 21-CV-06889

Dear Judge Gardephe:

       I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant City of New York ("City") in the above-captioned proceeding. Defendant writes with regard to the Court's December 13, 2024 Order, whereby, in response to Plaintiff's request to amend the complaint, dated April 14, 2023, the Court ordered Plaintiff to file an amended complaint by December 20, 2024. See ECF Dkt. Nos. 60, 64. To date, no amended complaint has been filed. Thus, Defendant respectfully requests that the Court dismiss the lawsuit in its entirety.

       Thank you for your consideration of this matter.

                                                      Respectfully submitted,

                                                        /s/ Elisheva L. Rosen
                                                Elisheva L. Rosen
                                                Assistant Corporation Counsel

cc:    **By ECF**
Magistrate Judge Ona T. Wang
United States District Court
500 Pearl Street

---

[1] Former Plaintiff Richard Whint, and former Defendants New York City Department of Buildings ("DOB") and Commissioner of Buildings Melanie E. La Rocca ("Commissioner La Rocca"), were dropped from the Proposed Amended Complaint. See ECF Dkt. No. 60-1, filed April 14, 2023.

New York, NY 10007

Daniel Christian Needham
Onyuwoma Williams Igbokwe
Law Office of William Igbokwe
Attorneys for Plaintiff
28 Liberty Street, 6th Floor
New York, NY 10005
646-205-3241
Email: daniel@iwlaws.com
Email: will@iwlaws.com