**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
CALWAYNE OGELTON,

            Plaintiff,                            21-CV-6889 (PGG) (OTW)

          -against-                          **ORDER**

THE CITY OF NEW YORK, et al.,

           Defendants.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on May 13, 2025.

On March 20, 2025, the Court issued a scheduling order directing that counsel would appear in person at an upcoming status conference. (ECF 74). On April 8, 2025, the Court adjourned the conference to May 13, 2025, at 10:00 a.m.; the instructions to appear in person remained in effect. (ECF 75). Plaintiff's counsel did not, however, appear in person as directed.

Defendants' counsel contacted Plaintiff's counsel telephonically, and reported back to the Court that Plaintiff's counsel was not prepared to attend the conference in person as scheduled due to a calendar mix up in his office. In the interests of moving the case forward, the Court permitted Plaintiff's counsel to appear telephonically. Such courtesies will not be extended for future conferences.

The deadline for fact discovery is **Wednesday, December 31, 2025**. For the reasons discussed on the record, expert discovery is **STAYED**.

As a sanction for failing to appear in person, in violation of the Court's March 20 Order, **Plaintiff's counsel is directed to order a copy of the transcript and provide a copy to Defendants**.

**SO ORDERED.**

Dated: May 13, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge