**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CALWAYNE OGELTON,

        Plaintiff,

        -against-

THE CITY OF NEW YORK, et al.,

        Defendants.

------------------------------------------------------------x

21-CV-6889 (PGG) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a confidential Settlement Conference Call on Tuesday, August 12, 2025.

As discussed during the call, The Court will hold an **in-person status conference** in this matter on **Tuesday, September 16, 2025 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. At this conference, the Plaintiff's counsel is directed to come prepared to discuss how any new discovery compares to the discovery previously provided by Defendant in 2022. In addition, Plaintiff shall discuss what, if any, factual discrepancies may exist between the two.

Plaintiff shall provide all newly obtained discovery to the Defendant no later than **Friday, August 15, 2025**.

        SO ORDERED.

Dated: August 12, 2025
        New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge